UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

*************************************************************************

**MICHAEL MACK**              CIVIL ACTION NO. 07-00006

**VERSUS**                    SECTION "M" (JUDGE JAMES)

**WARDEN LOUISIANA STATE PENITENTIARY**

*************************************************************************

### O R D E R

This matter is reassigned to Judge Donald E. Walter of the Shreveport Division. All pending motion dates, trial and pre-trial conference dates are upset and shall be reset by Judge Walter.

THUS DONE AND SIGNED in Lafayette, Louisiana, on this 18th day of September, 2007.

RICHARD T. HAIK, SR.
CHIEF JUDGE
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA